**Michael MOSLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103263**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: June 28, 2016

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

Michael Mosley appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).